# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

DONALD MILES,

                Petitioner

          v.

JEFFREY A. SMITH, HONORABLE JUDGE,

                Respondent

: No. 122 MM 2020
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of August, 2020, the Application for Leave to File Original Process is GRANTED, and the "Writ of Quo Warranto" is DENIED. The Prothonotary is DIRECTED to strike the name of the jurist from the caption.